# EXHIBIT A

FILED
9/19/2022 2:42 PM
Mary Angie Garcia
Bexar County District Clerk
Accepted By: Laura Castillo
Bexar County - 225th District Court

Case 5:22-cv-01164-ESC   Document 1-1   Filed 10/25/22   Page 2 of 8

Cause Number: 2022CI18326

District Court: 225th



CIT PPS  SAC1

# MARY ANGIE GARCIA
## Bexar County District Clerk

### Request for Process

**Style:** Adam Cameron   **Vs.** Forterra Pipe & Precast LLC

Request the following process: (Please check all that Apply)
- ☒ Citation ☐ Notice ☐ Temporary Restraining Order ☐ Notice of Application for Protective Order
- ☐ Temporary Protective Order ☐ Precept with hearing ☐ Precept without a hearing ☐ Writ of Attachment
- ☐ Writ of Habeas Corpus ☐ Writ of Garnishment ☐ Writ of Sequestration ☐ Capias ☐ Other: _____

**1.**
Name: Forterra Pipe & Precast LLC
Registered Agent/By Serving: Corporation Service Company dba CSC-Lawyers Incorporating Service Company
Address: 211 E. 7th Street, Ste. 620 Austin, Texas 78701
Service Type: (Check One) ☒ Private Process ☐ Commissioner of Insurance ☐ SA Express News ☐ Hart Beat ☐ Courthouse Door ☐ Certified Mail
☐ Registered Mail ☐ Out of County ☐ Secretary of State ☐ Constable 1 ☐ Constable 2 ☐ Constable 3 ☐ Constable 4

**2.**
Name: _____
Registered Agent/By Serving: _____
Address: _____
Service Type: (Check One) ☐ Private Process ☐ Commissioner of Insurance ☐ SA Express News ☐ Hart Beat ☐ Courthouse Door ☐ Certified Mail
☐ Registered Mail ☐ Out of County ☐ Secretary of State ☐ Constable 1 ☐ Constable 2 ☐ Constable 3 ☐ Constable 4

**3.**
Name: _____
Registered Agent/By Serving: _____
Address: _____
Service Type: (Check One) ☐ Private Process ☐ Commissioner of Insurance ☐ SA Express News ☐ Hart Beat ☐ Courthouse Door ☐ Certified Mail
☐ Registered Mail ☐ Out of County ☐ Secretary of State ☐ Constable 1 ☐ Constable 2 ☐ Constable 3 ☐ Constable 4

**4.**
Name: _____
Registered Agent/By Serving: _____
Address: _____
Service Type: (Check One) ☐ Private Process ☐ Commissioner of Insurance ☐ SA Express News ☐ Hart Beat ☐ Courthouse Door ☐ Certified Mail
☐ Registered Mail ☐ Out of County ☐ Secretary of State ☐ Constable 1 ☐ Constable 2 ☐ Constable 3 ☐ Constable 4

Title of Document/Pleading to be Attached to Process: Original Petition

Name of Attorney/Pro se: Michael V. Galo, Jr.   Bar Number: 00790734
Address: 4230 Gardendale, Bldg. 401, San Antonio, TX 78229   Phone Number: 210-616-9800

Attorney for Plaintiff X_____ Defendant_____ Other_____

****IF SERVICE IS NOT PICKED UP WITHIN 14 BUSINESS DAYS, SERVICE WILL BE DESTROYED****

## Automated Certificate of eService

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Envelope ID: 68393486
Status as of 9/19/2022 4:06 PM CST

Associated Case Party: Adam Cameron

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| Michael Galo | | mgalo@galolaw.com | 9/19/2022 2:42:01 PM | SENT |
| Lluvia Bautista | | lbautista@galolaw.com | 9/19/2022 2:42:01 PM | SENT |
| Karena Rivera | | krivera@galolaw.com | 9/19/2022 2:42:01 PM | SENT |

Copy from re:SearchTX

PRIVATE PROCESS

**Case Number: 2022CI18326**

Adam Cameron VS Forterra Pipe & Precast LLC  
(Note: Attached Document May Contain Additional Litigants)

IN THE **225TH DISTRICT COURT**  
BEXAR COUNTY, TEXAS

### CITATION

"THE STATE OF TEXAS"

Directed To:   **Forterra Pipe & Precast LLC**
   **BY SERVING ITS REGISTERED AGENT, Corporation Service Company dba CSC-Lawyers Incorporating Service Company**

"You have been sued. You may employ an attorney. If you or your attorney do not file a written answer with the clerk who issued this citation by 10:00am on the Monday next following the expiration of twenty days after you were served this CITATION and PETITION a default judgment may be taken against you. In addition to filing a written answer with the clerk, you may be required to make initial disclosures to the other parties of this suit. These disclosures generally must be made no later than 30 days after you file your answer with the clerk. Find out more at TexasLawHelp.org" Said **Original Petition And Jury Demand was** filed **on this the 19th day of September, 2022.**

ISSUED UNDER MY HAND AND SEAL OF SAID COURT **on this the 27th day of September, 2022.**

**MICHAEL V GALO, JR**  
**ATTORNEY FOR PLAINTIFF**  
**4230 Gardendale ST BLDG 401**  
**San Antonio TX  78229-3482**



**Mary Angie Garcia**  
**Bexar County District Clerk**  
**101 W. Nueva, Suite 217**

**San Antonio, Texas 78205**  
By: /s/ Matthew Stanage  
 Matthew Stanage, Deputy

---

**ADAM CAMERON VS FORTERRA PIPE & PRECAST LLC**

Case Number: 2022CI18326  
225th District Court

### Officer's Return

I received this CITATION on the _____ day of _____, 20_____ at _____ o'clock ___M. and ( ) executed it by delivering a copy of the CITATION with attached **ORIGINAL PETITION AND JURY DEMAND** the date of delivery endorsed on it to the defendant _____ in person on the _____ day of _____, 20____ at _____ o'clock ____ M.

at _____ City_____ State_____ Zip_____

or ( ) not executed because _____.

Fees: _____ Badge/PPS #: _____ Date certification expires: _____

_____ County, Texas

BY:_____

OR: VERIFICATION OF RETURN (If not served by a peace officer) SWORN TO THIS _____

_____  
**NOTARY PUBLIC, STATE OF TEXAS**

OR: My name is _____, my date of birth is _____, and my address is _____ County.

I declare under penalty of perjury that the foregoing is true and correct.  Executed in _____ County, State of Texas, on the _____ day of _____, A.D., _____.

_____  
**Declarant**

**Bennett, Michelle**

| | |
|---|---|
| **From:** | sop@cscglobal.com |
| **Sent:** | Friday, September 30, 2022 2:53 PM |
| **To:** | Nick Ivezaj - ATLQ |
| **Subject:** | [EXTERNAL] Notice of Service of Process - Transmittal Number:25649374 |

**CAUTION: This email originated from outside of the organization. Exercise caution when opening attachments or clicking links, especially from *UNKNOWN* senders.**



NOTICE OF SERVICE OF PROCESS

### Transmittal Number: 25649374
(Click the Transmittal Number to view your SOP)

Pursuant to client instructions, we are forwarding this summary and Notice of Service of Process.

| | |
|---|---|
| **Entity:** | Forterra Pipe & Precast, LLC |
| **Entity I.D. Number:** | 2832449 |
| **Entity Served:** | Forterra Pipe & Precast LLC |
| **Title of Action:** | Adam Cameron vs. Forterra Pipe & Precast, LLC |
| **Matter Name/ID:** | Adam Cameron vs. Forterra Pipe & Precast, LLC (13015355) |
| **Document(s) type:** | Citation/Petition |
| **Nature of Action:** | Labor / Employment |
| **Court/Agency:** | Bexar County District Court, Texas |
| **Case/Reference No:** | 2022CI18326 |
| **Jurisdiction Served:** | Texas |
| **Date Served on CSC** | 09/28/2022 |
| **Answer or Appearance Due:** | 10:00 am Monday next following the expiration of 20 days after service |
| **Originally Served On:** | CSC |
| **How Served:** | Personal Service |

**Sender Information:**
Galo Law Ftrm, P.C.
210-616-9800

**Primary Contact:**
Nick Ivezaj
The Quikrete Companies

**Electronic copy provided to:**
Julianne Maerschel
Vickie Strauser

**NOTES:**

To review other documents in this matter, please link to CSC's Matter Management Services at www.cscglobal.com

Information contained on this transmittal form is for record keeping, notification and forwarding the attached document(s). It does not constitute a legal opinion. The recipient is responsible for interpreting the document(s) and taking appropriate action.

251 Little Falls Drive, Wilmington, Delaware 19808-1674
(888) 690-2882 | sop@cscglobal.com

FILED
9/28/2022 2:40 PM
Mary Angie Garcia
Bexar County District Clerk
Accepted By: Gabrielle Martinez
Bexar County - 225th District Court

Case 5:22-cv-01164-ESC   Document 1-1   Filed 10/25/22   Page 7 of 8

# RETURN OF SERVICE

**State of Texas**  **County of Bexar**  **225th District Court**

Case Number: 2022CI18326

BBW2022009187-2

Plaintiff:
**ADAM CAMERON**

vs.

Defendant:
**FORTERRA PIPE & PRECAST LLC**

Received by Andrew Swatzell on the 27th day of September, 2022 at 3:43 pm to be served on **FORTERRA PIPE & PRECAST LLC BY SERVING ITS REGISTERED AGENT CORPORATION SERVICE COMPANY DBA CSC- LAWYERS INCORPORATING SERVICE COMPANY, 211 E. 7TH STREET, STE 620, AUSTIN, TX 78701**.

I, Andrew Swatzell, do hereby affirm that on the **28th day of September, 2022** at **10:59 am, I:**

served a **REGISTERED AGENT** by delivering a true copy of the **CITATION / PLAINTIFF ADAM CAMERONS ORIGINAL PETITION AND JURY DEMAND** with the date and hour of service endorsed thereon by me, to: **Terri Tremblay Tremblay** as **Registered Agent** at the address of: **211 E. 7TH STREET, STE 620, AUSTIN, Travis County, TX 78701** on behalf of **FORTERRA PIPE & PRECAST LLC**, and informed said person of the contents therein, in compliance with state statutes.

**Description** of Person Served: Age: 55 to 60, Sex: F, Race/Skin Color: Caucasian, Height: 5'4" to 5'6", Weight: 180 to 200, Hair: Auburn, Glasses: Y, Other: undefined

"My name is Andrew Swatzell my date of birth is 11/24/1983 and my address is 1108 Lavaca St Suite 110-549
Austin, TX 78701. I declare under penalty of perjury that the foregoing is true and correct. Executed in Travis County, State of Texas on September 28, 2022 by Andrew Swatzell declarant."

**Andrew Swatzell**
PSC-18592 Exp 09/30/2024

**Pronto Process**
**1406 W Salinas**
**San Antonio, TX 78207**
**(210) 226-7192**

Our Job Serial Number: BBW-2022009187

Copyright © 1992-2022 Database Services, Inc. - Process Server's Toolbox V8.2i

Copy from re:SearchTX

PRIVATE PROCESS

**Case Number: 2022CI18326**

| | |
|---|---|
| Adam Cameron VS Forterra Pipe & Precast LLC<br>(Note: Attached Document May Contain Additional Litigants) | IN THE **225TH DISTRICT COURT**<br>BEXAR COUNTY, TEXAS |

**CITATION**

"THE STATE OF TEXAS"

Directed To:   **Forterra Pipe & Precast LLC**
           **BY SERVING ITS REGISTERED AGENT, Corporation Service Company dba CSC-Lawyers Incorporating Service Company**

"You have been sued. You may employ an attorney. If you or your attorney do not file a written answer with the clerk who issued this citation by 10:00am on the Monday next following the expiration of twenty days after you were served this CITATION and PETITION a default judgment may be taken against you. In addition to filing a written answer with the clerk, you may be required to make initial disclosures to the other parties of this suit. These disclosures generally must be made no later than 30 days after you file your answer with the clerk. Find out more at TexasLawHelp.org" Said **Original Petition And Jury Demand was** filed **on this the 19th day of September, 2022.**

ISSUED UNDER MY HAND AND SEAL OF SAID COURT **on this the 27th day of September, 2022.**

**MICHAEL V GALO, JR**
**ATTORNEY FOR PLAINTIFF**
**4230 Gardendale ST BLDG 401**
**San Antonio TX  78229-3482**



**Mary Angie Garcia**
**Bexar County District Clerk**
**101 W. Nueva, Suite 217**

**San Antonio, Texas 78205**
By: /s/ Matthew Stanage
 Matthew Stanage, Deputy

---

**ADAM CAMERON VS FORTERRA PIPE & PRECAST LLC**                                          Case Number: 2022CI18326
                                                                                         225th District Court

**Officer's Return**

I received this CITATION on the _____ day of _____, 20_____ at _____ o'clock ___M. and ( ) executed it by delivering a copy of the CITATION with attached **ORIGINAL PETITION AND JURY DEMAND** the date of delivery endorsed on it to the defendant _____ in person on the _____ day of _____, 20____ at _____ o'clock ____ M.

at _____ City_____ State_____ Zip_____

or ( ) not executed because _____.

Fees: _____ Badge/PPS #: _____ Date certification expires: _____

_____ County, Texas

BY:_____

OR: VERIFICATION OF RETURN (If not served by a peace officer) SWORN TO THIS _____

_____
NOTARY PUBLIC, STATE OF TEXAS

OR: My name is _____, my date of birth is _____, and my address is _____ County.

I declare under penalty of perjury that the foregoing is true and correct.  Executed in _____ County, State of Texas, on the _____ day of _____, A.D., _____.

_____
**Declarant**